■ In the Matter of THOMAS McPARTLAND, Petitioner, v MICHAEL J. CODD, as Police Commissioner of the City of New York, Respondent.—Determination of respondent Police Commissioner, dated September 12, 1975, unanimously modified, on the law, to the extent of vacating the $1,000 fine imposed and otherwise confirmed, without costs and without disbursements, for the reasons stated in *Matter of Ryngala v Codd* 57 AD2d 808

[decided simultaneously herewith]). Concur—Murphy, P. J., Lupiano, Silverman, Markewich and Yesawich, JJ.